

Michael D. Calmese
3046 N. 32nd Street Unit 321
Phoenix, Arizona 85382
(602)348-0964

Attorney Pro Se

FILED'09 OCT 13 16:00USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ADIDAS AMERICA, INC., a Delaware corporation,<br>Plaintiff and Counterclaim Defendant,<br>v.<br><br>MICHAEL D. CALMESE, a resident of Arizona,<br>Defendant and Counterclaimant. | Civil No. CV-08-91-ST<br><br>**DEFENDANT'S OBJECTION TO THE OCTOBER 7, 2009 OPINION AND ORDER** |

Defendant emphatically objects to this Court's October 7, 2009 Opinion and Order statement casting doubt on Defendant Calmese's credibility concerning the time Calmese picked up his 2006 and 2007 taxes and Defendant emphatically objects to this Court's repeated misrepresentation that adidas' use of Defendant's trademark was in lower-case when in fact adidas' use of the mark in question was and is "PROVE IT" in all upper case which is identical to Defendant's use. See [Doc. 135].

It has been confirmed time and time again that adidas' use of the mark "PROVE IT" was in fact in upper case but yet the Magistrate Judge Stewart has again misrepresented in her October 7, 2009 Opinion and Order that adidas' use was in lower case. This is entirely inaccurate.

1

Regarding Defendant's taxes this Court has failed to realized that the date on Defendant's 2006 and 2007 federal tax documents are in fact both dated **August 11, 2009** just two days before adidas and this Court received these copies only. According to the dates found on the rest of Defendant's tax documents for 2002-2005 indicates that they were prepared just after the 2006 and 2007 taxes were provided to adidas and filed under seal by this Court. Calmese mis-stated that on or about September 10, 2009 he had obtained a copy of his taxes from 2002-2007, when in fact Calmese obviously intended to state that on September 10, 2009 Calmese obtained of his taxes from 2002-2005. Understanding the Court makes note of this discrepancy, let it be well noted that Defendant Calmese objects under these circumstance. It is quite clear that Defendant picked up his 2002-2005 taxes on or about September 10, 2009 after first receiving his 2006 and 2007 taxes prior sending them to adidas on August 13, 2009. There is no real discrepancy therefore; there is no real reason to cast any doubt on Calmese's credibility. A true copy of Defendant Calmese's tax preparation receipts with the appropriate filing dates for his tax returns for 2002-2005 and 2006-2007 are attached hereto as Exhibit A. Moreover, attached as Exhibit B, is a true and accurate copy of the last page of the ORDER issued on September 8, 2009 in the matter Michael D. Calmese v. NIKE CV-2006-1959 in the District Court of Arizona. Again, see a full copy of the ORDER in the Nike matter attached to Calmese's Reply to Opposition – Exhibit E [Doc. 133]. In this Order on the last page on the last line it was ruled that, "While Calmese's pre-litigation and litigation correspondences were abrasive and threatening, **Calmese did not lie or otherwise commit fraud**.". This Court should note that this ruling comes after three years of litigation and numerous depositions. This Court should therefore come to the same

conclusion as did the Honorable Judge Roslyn O. Silver in the Nike matter because it is basically the exact same evidence presented in both cases. Not to mention adidas has filed yet another identical declaratory lawsuit against Calmese as did Footlocker 3 years ago. See Calmese Reply to Opposition – Exhibit F [Doc. 133].

There is one such discrepancy that should cast doubt on adidas' credibility that this Court has yet to ruled on. Again, as this Court will learn through Calmese's Objections to Recommendations & Findings [106], that Exhibits [B, D, E and F] were produced by Defendant on July 14, 2008 as confirmed in the Supplemental Declaration of Jamie Rich *Id*, ¶ 3. Also confirmed in adidas's Supplement Declaration of Jamie Rich is the fact that adidas committed perjury. See Supplemental Declaration of Jamie Rich ¶ 2, clearly states that a number of documents are missing but apparently adidas lied because as confirmed in their own Supplement Declaration of Jamie Rich ¶ 2, Ex. A. 190 of 432 and 191 of 432 are in fact true and accurate copies of documents bearing production number 107 and 108. Adidas falsely claims 107 and 108 were never produced by Defendant but yet and still here they are relabeled and mistakenly filed by adidas after claiming Calmese did not even produce these two documents. Defendant contends this is a real discrepancy and it should casts doubt on adidas' credibility. Again, as stated in the Nike matter, Calmese did not lie or commit fraud. The Court should note that if Calmese did not lie or commit fraud in the Nike case in the Arizona District Court then it is very safe and reasonable to conclude that Calmese did not lie or commit fraud in this case either.

DATED: October 9, 2009

                                     Respectfully submitted,

                                     By_____
                                     Michael D. Calmese
                                     Attorney Pro Se Litigant
                                     3046 N. 32nd Street Unit 321
                                     Phoenix, Arizona 85018
                                     (602)348-0964

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing

OBJECTION TO OPINION AND ORDER

was forwarded in accordance with the Federal Rules of Civil Procedure on

this the 9TH day of October, 2009, addressed as follows:

Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

And

David K. Friedland (admitted *pro hac vice*)
dkfriedland@lfiplaw.com
Jaime S. Rich (admitted *pro hac vice*)
jrich@lfiplaw.com
Lott & Friedland, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Telephone: 305.448-7089
Facsimile: 305.446-6191

Attorneys for Plaintiff and Counterclaim Defendant

# EXHIBIT A.

# Receipt



**14799**

10659 Grand Ave, #A12
Sun City, AZ 85351
(623) 875-4848

No: **14799**

Date: 08/11/2009

For Year-Round Service: (623) 875-4848

| | | |
|---|---|---|
| Primary: **CALMESE** | **MICHAEL** | Primary SSN: |
| Spouse: | | Spouse SSN: |
| Address: | | Filing Status: **Single** |

Phone:  Day: (602) 348-0964   Eve:

| | |
|---|---|
| Federal Tax Preparation................ | 174.00 |
| State Tax Preparation AZ............... | 25.00 |
| City/Local Tax Preparation ............ | |
| Prior Years Tax Preparation............ | |
| Gold Guarantee........................ | |
| Transmit Only......................... | |
| Coupon................................ | |
| Discount.............................. | |
| QUOTE PER RETURN FOR 5 YEARS OF RETURNS | (124.00) |
| Total Jackson Hewitt Fees............. | 75.00 |
| Sales Tax............................. | |
| Bank Fees............................. | |
| Total Withheld Fees................... | |

Amount Paid: 75.00    Date Paid: 08/11/2009    Method: **CREDIT CARD**
COD: NO
Amount Due:           Date Paid:  /  /         Method:

Office #: 16214    Employee #: 200

**As a Jackson Hewitt customer you received the following savings:**

Total Discounts on Tax Preparation:    124.00
Basic Guarantee:                       FREE

**For your information, the following credit item claimed on your return helped reduce your federal tax liability by the following amount:**

Earned Income Credit                   293.00

**Federal and State Refund / Balance Due Information**

Federal Balance Due    315.00   AZ    State Refund    25.00

CALMESE, MICHAEL
XXX-XX-3196
2007

Date/Time Printed: 08/11/2009 01:53:36 PM MST    F 12/3/07

# Receipt



**2006**

10659 Grand Ave, #A12
Sun City, AZ 85351
(623) 875-4848

For Year-Round Service: (623) 875-4848

No: **14798**

Date: 08/11/2009

Time: 9:00 AM - 1:00 PM ☐
1:00 PM - 5:00 PM ☒
5:00 PM - 9:00 PM ☐

Customer: Prior ☐
New ☒

| | | |
|---|---|---|
| Primary: **CALMESE** | **MICHAEL** | Primary SSN: |
| Spouse: | | Spouse SSN: |
| Address: | | Filing Status: **Single** |
| | Phone:  Day: | Eve: |

| | |
|---|---|
| Tax Preparation . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 213.00 |
| Pre-Paid Tax Preparation Fee. . . . . . . . . . . . . . . . . . . . | |
| Gold Guarantee . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Transmit Only . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Coupon. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Discount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (138.00) |
| QUOTE FOR 5 YEARS OF TAX RETURNS | |
| School . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Total Jackson Hewitt Fees. . . . . . . . . . . . . . . . . . . . . | 75.00 |
| Sales Tax. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Bank Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Total Withheld Fees . . . . . . . . . . . . . . . . . . . . . . . . | |

☐ RAL  ☐ Money Now Loan (Standard)  ☐ Money Now Loan (Prefile)  ☐ AR/BL  ☐ AR (ETR)  ☐ AR (Paper)
☐ Flex Loan  ☐ ETR  ☒ PAP

Federal Amount Due Payment Method: **Taxpayer Payment**

| | | | | | |
|---|---|---|---|---|---|
| Amount Paid: | 75.00 | Date Paid: | 08/11/2009 | Method: | **CREDIT CARD** |
| COD: | NO | | | | |
| Amount Due: | | Date Paid: | / / | Method: | |

Employee #: 200    Office #: 16214

Federal Balance Due    226    AZ    State Refund    25

**CALMESE, MICHAEL**
**XXX-XX-3196**
**CALMESE, MICHAEL**
**14798**

Date Printed:  08/11/2009 F 11/08/06

# Receipt



**2005**

10659 Grand Ave, #A12
Sun City, AZ 85351
(623) 875-4848

No: **15300**

Date: 08/11/2009

Time: 9:00 AM - 1:00 PM ☐
1:00 PM - 5:00 PM ☒
5:00 PM - 9:00 PM ☐

Customer: Prior ☒  New ☐

Primary: **CALMESE**      **MICHAEL**      Primary SSN:
Spouse:                                    Spouse SSN:
Address:                                   Filing Status: **Single**

Phone: Day:                                Eve:

| | |
|---|---:|
| Tax Preparation | 219 |
| Pre-Paid Tax Preparation Fee | |
| Gold Guarantee | |
| Transmit Only | |
| JH Processing Fee | |
| Coupon | |
| Discount | (144) |
| **QUOTE FOR 5 YEARS OF TAX RETURNS** | |
| School | |
| Total Jackson Hewitt Fee | 75 |
| Sales Tax | |
| Bank Fee | |
| Total Withheld Fee | |

☐ RAL   ☐ Money Now^SM Loan (Standard)   ☐ Money Now^SM Loan (Profile)   ☐ ACR   ☐ ETR   ☐ Flex Loan   ☒ PAP

Amount Paid: 75        Date Paid: 08/11/2009    Method: **CREDIT CARD**
COD: NO
Amount Due:            Date Paid:   /   /       Method:

Employee #: 200        Office #: 16214

Federal Refund     0     AZ State Refund     25

**CALMESE, MICHAEL**
**XXX-XX-3196**
**15300**

Date Printed: 08/11/2009
F 11/07/05

# Receipt

 **JACKSON HEWITT** TAX SERVICE

No: **15301**

2004

10659 Grand Ave, #A12
Sun City, AZ 85351

Date: 08/11/2009

Time: 9:00 AM - 1:00 PM ☐
1:00 PM - 5:00 PM ☒
5:00 PM - 9:00 PM ☐

Customer: Prior ☒   New ☐

Primary: **CALMESE**     **MICHAEL D**     Primary SSN:
Spouse:     Spouse SSN:
Address:     Filing Status: **Single**

Phone:   Day:     Eve:

Tax Preparation ............................ 193
Gold Guarantee ............................

Transmit Only ............................
Jackson Hewitt ACR Application ..............

Coupon ...................................
Discount ................................. 118
QUOTE FOR 5 YEARS OF TAX RETURNS
Miscellaneous .............................
School ...................................

Total Jackson Hewitt Fee .................... 75

Sales Tax ................................

Bank Withheld Fee .........................
State Document (Stamp) Tax ................
Total Withheld Fee ........................

☐ RAL  ☐ Money Now  ☐ ACR  ☐ ETR  ☐ Flex Loan  ☒ PAP

Federal Refund Disbursement Method: **IRS Check**

Amount Paid:  75    Date Paid: 08/11/2009    Method: **CREDIT CARD**
COD: NO
Amount Due:     Date Paid:  /  /    Method:

Employee #: 200    Office #: 16214

Federal Refund    29    AZ    State Refund    25

CALMESE, MICHAEL D
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
15301

F 01/07/05

# Receipt

**JACKSON HEWITT** TAX SERVICE

No: **15304**

10659 Grand Ave, #A12
Sun City, AZ 85351

Date: 08/18/2009

2003

| Time: | 9:00 AM - 1:00 PM | ☒ | Customer: | Prior | ☒ |
| | 1:00 PM - 5:00 PM | ☐ | | New | ☐ |
| | 5:00 PM - 9:00 PM | ☐ | | | |

Primary: **CALMESE          MICHAEL D**          Primary SSN:
Spouse:                                          Spouse SSN:
Address:                                         Filing Status: **Single**

Phone:   Day:                                    Eve:

| | |
|---|---|
| Tax Preparation. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 217 |
| Gold Guarantee. . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Transmit Only. . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Jackson Hewitt ACR Application. . . . . . . . . . . . . . | |
| Coupon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Discount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 142 |
| Miscellaneous. . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| School . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Total Jackson Hewitt Fee . . . . . . . . . . . . . . . . . . . | 75 |
| Sales Tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Bank Withheld Fee. . . . . . . . . . . . . . . . . . . . . . . . | |
| State Document (Stamp) Tax . . . . . . . . . . . . . . . . | |
| Total Withheld Fee . . . . . . . . . . . . . . . . . . . . . . . | |

☐ RAL   ☐ Money Now   ☐ ACR   ☐ ETR   ☐ Flex Pay Loan   ☒ PAP

Amount Paid:   75         Date Paid: 08/18/2009        Method: **CREDIT CARD**
COD:           NO
Amount Due:              Date Paid:    /    /          Method: _____

Employee #: 600                    Office #: 16214

Federal Refund            0      AZ   State Refund              25

CALMESE, MICHAEL D
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
CALMESE, MICHAEL D
15304

F 12/08/03

# Receipt

**JACKSON HEWITT TAX SERVICE**

2002

No: **15303**

Date: 08/18/2009

10659 Grand Ave, #A12
Sun City, AZ 85351

| Time: | 9:00 AM - 1:00 PM | ☒ | Customer: | Prior | ☐ |
|---|---|---|---|---|---|
| | 1:00 PM - 5:00 PM | ☐ | | New | ☒ |
| | 5:00 PM - 9:00 PM | ☐ | | | |

Primary: **CALMESE**   **MICHAEL**   Primary SSN:
Spouse:                                Spouse SSN:
Address: ¹                             Filing Status: **Single**

Phone:   Day:                          Eve:

Tax Preparation. . . . . . . . . . . . . . . . . . . . . . . . .   217
Gold Guarantee. . . . . . . . . . . . . . . . . . . . . . . .
Transmit Only. . . . . . . . . . . . . . . . . . . . . . . . . .
Jackson Hewitt ACR Application. . . . . . . . . . . . . .
Coupon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Discount . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   142

Miscellaneous. . . . . . . . . . . . . . . . . . . . . . . . . .
School . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Total Jackson Hewitt Fee . . . . . . . . . . . . . . . . . .   75

Sales Tax . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Bank Withheld Fee . . . . . . . . . . . . . . . . . . . . . . .
State Document (Stamp) Tax . . . . . . . . . . . . . . . .
Total Withheld Fee . . . . . . . . . . . . . . . . . . . . . .

☐ RAL   ☐ ACR   ☐ ETR   ☒ PAP   ☐ Money Now

Amount Paid:  75          Date Paid: 08/18/2009        Method: **CREDIT CARD**
COD:          NO
Amount Due:               Date Paid:    /    /         Method: _____

Employee #:  600          Office #:  16214

Federal Refund       0    AZ   State Refund         25

CALMESE, MICHAEL
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
CALMESE
15303

F 01/13/03

**EXHIBIT B.**

1  the Court's attention all the matters which he has litigated if he had an ulterior bad-faith
2  motive when he filed them.
3      Given the evidence presented, Defendant has not carried the burden to show § 1117(a)
4  sanctions are appropriate. However, Defendant's failure to meet the burden does not excuse
5  Plaintiff's conduct, which came perilously close to warranting § 1117(a) attorneys' fees.
6  Further, the alleged improprieties concerning affidavit preparation, if true, and Plaintiff's
7  threatening correspondences may otherwise be sanctionable conduct, but not at this juncture.

    Accordingly,

**IT IS ORDERED** Plaintiff's Motion for Reconsideration (Doc. 123) **IS DENIED.**

**FURTHER ORDERED** Defendant's Motion for Award of Attorneys' Fees (Doc. 122) **IS DENIED.**

DATED this 8th day of September, 2009.

_____
Roslyn O. Silver
United States District Judge

---

and then reneged on the promise, pretending as if the letter never existed. The defendant then proceeded to defend its case by arguing that the letter never existed, despite damning testimony from defendant's attorney and treasurer as well as damaging documentary evidence. The court in De la Torre considered the defendant's blatant lie and corresponding groundless defense to be obvious examples of "fraud and bad faith." 2004 WL 1724950, *2. While Plaintiff's pre-litigation and litigation correspondences were abrasive and threatening, Plaintiff did not lie or otherwise commit fraud.

- 8 -