Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

David K. Friedland (admitted *pro hac vice*)
dkfriedland@lfiplaw.com
Jaime S. Rich (admitted *pro hac vice*)
jrich@lfiplaw.com
LOTT & FRIEDLAND, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Telephone:  305.448.7089
Facsimile: 305.446.6191

Attorneys for Plaintiff and Counterclaim Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **ADIDAS AMERICA, INC.**, a Delaware corporation,<br><br>　　　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>**MICHAEL D. CALMESE**, a resident of Arizona,<br><br>　　　　Defendant and Counterclaimant. | No.  CV08-0091 BR<br><br>**FINAL JUDGMENT** |

1　　FINAL JUDGMENT

In accordance with the Order on Plaintiff's Motion for Summary Judgment entered on October 9, 2009 (Docket No. 136) and the Verdict, Findings of Fact, and Conclusions of Law entered on November 19, 2010 (Docket No. 267), the Court hereby enters Final Judgment in this matter as follows:

Judgment is entered in Plaintiff's favor as to Plaintiff's First Cause of Action for a declaration of non-infringement;

Judgment is entered in Plaintiff's favor as to Plaintiff's Second Cause of Action for a declaration of non-false designation of origin;

Judgment is entered in Defendant's favor as to Plaintiff's Third Cause of Action for cancellation of registered trademark;

Judgment is entered in Plaintiff's favor as to Defendant's First Counterclaim for trademark infringement; and

Judgment is entered in Plaintiff's favor as to Defendant's Second Counterclaim for violations of the Oregon Unlawful Trade Practices Act.

The Court retains jurisdiction to determine the issues of entitlement to attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 14, 2010.

_____
Honorable Anna J. Brown
United States District Judge

21184-0068/LEGAL19665805.1

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222